# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00440-CV

**Irving Q. Hurdle, Jr., Appellant**

**v.**

**Frederich J. Bingham, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-11-000678, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Irving Q. Hurdle, Jr. has filed a motion asking us to "toll the statute of limitations and deadlines" while the parties are discussing settlement of the dispute. We abate the appeal pending settlement discussions until September 23, 2011. If the parties have finalized a settlement by that date, they are instructed to file a motion to reinstate and dismiss the appeal in accordance with the settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court as to the status of the appeal and, if necessary, requesting an extension of the abatement.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   August 26, 2011